# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA HEALTHCARE OF CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 1:16-CV-00432-DAD-JLT <br><br> **ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** <br><br> **(Doc. 9)** |

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The stipulation is **GRANTED**. Plaintiff SHALL file the first amended complaint within two court days;

2. Defendants' SHALL file their responsive pleadings no later than 30 days after Plaintiff files the first amended complaint.

IT IS SO ORDERED.

   Dated:   **May 3, 2016**                           **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE