UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTHCARE, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00432 DAD JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT AS TO DEFENDANT GILSBAR ONLY**<br><br>(Doc. 33) |

　　　On December 16, 2016, the plaintiff notified the Court that it had resolved the matter as to defendant Gilsbar. (Doc. 33) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss defendant Gilsbar **only** **SHALL** be filed no later than **February 3, 2017**.

IT IS SO ORDERED.

　　　Dated:　**December 19, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE