# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY, a California special health authority, which owns and operates KERN MEDICAL CENTER<br><br>Plaintiff<br><br>vs.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California for profit corporation; CIGNA HEALTH & LIFE INSURANCE COMPANY, a Connecticut for profit corporation; GILSBAR LLC, a Louisiana limited liability company; and DOES 3 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   1:16-CV-00432-DAD-JLT<br><br>[~~PROPOSED~~] ORDER CLOSING THE CASE AS TO DISMISS DEFENDANT GILSBAR LLC ONLY |

On January 20, 2017, the parties filed a stipulation to dismiss the action as to defendant Gilsbar only.  The parties agree that the matter will be dismissed with prejudice and that each side will bear their own costs.

Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an

action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action as to defendant Gilsbar only in light of the stipulation of counsel filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 22, 2017**              /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE